ADAM PAUL LAXALT
  Attorney General
BARRACK T POTTER (Bar No. 14105)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada 89101
(702) 486-3120 (pone)
(702) 486-3773 (fax)
Email: bpotter@ag.nv.gov

*Attorneys for Defendants Sonya Carrillo,*
*Frank Dreesen, Carlos Calderon,*
*Maijoi Williams, and Alberto Buencamino*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARTINEZ S. AYTCH,<br><br>          Plaintiff,<br><br>vs.<br><br>ALBERTO BUENCAMINO, et al.,<br><br>          Defendants. | CASE NO. 2:16-cv-02502-JAD-PAL<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>ECF Nos. 7, 13 |

      Plaintiff, Martinez S. Aytch, in pro se, and Defendants, Sonya Carrillo, Frank Dreesen, Carlos Calderon, Maijoi Williams, and Alberto Buencamino, by and through counsel, Adam Paul Laxalt, Nevada Attorney General, and Barrack T Potter, Deputy Attorney General, of the State of Nevada, Office of the Attorney General, hereby stipulate

///
///
///
///
///
///
///

and agree that the above-captioned matter be dismissed in its entirety against all parties with prejudice, and that each party will bear their own attorney fees and costs.

DATED February 28, 2018.                     DATED February 22, 2018.

ADAM PAUL LAXALT
Nevada Attorney General

By: /s/ Martinez S. Aytch                    By: /s/ Barrack T Potter
Martinez S. Aytch, Esq.                      Barrack T Potter
*Plaintiff Pro Se*                           Deputy Attorney General
                                             Nevada Bar No. 14105
                                             555 East Washington Ave., #3900
                                             Las Vegas, NV 89101
                                             *Attorneys for Defendants*

## ORDER

Based on the parties' stipulation [ECF No. 13], and good cause appearing, IT IS HEREBY ORDERED that **this action is DISMISSED** with prejudice, each party to bear its own fees and costs. The Clerk of Court is directed to **DENY as moot the IFP application [ECF No. 7]** and CLOSE THIS CASE.

_____
U.S. District Judge Jennifer Dorsey
March 7, 2018